UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **RENEE FRANCES DAIGLE** | **CASE NO. 6:25-CV-01378** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ADVANCIAL FEDERAL CREDIT UNION ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Before the Court is the *sua sponte* Report and Recommendation of the Magistrate Judge, issued pursuant to 28 U.S.C. §§ 636 and 1915. (Rec. Doc. 10). After an independent review of the record, including the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, all claims by Plaintiff in the above-captioned suit are DENIED and DISMISSED with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**THUS DONE AND SIGNED** in chambers on this 19th day of November, 2025.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE